UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:25-cv-02080-WBS-CSK |
| | No. 2:25-cv-02236-WBS-CSK |
| | No. 2:25-cv-02237-WBS-CSK |
| | No. 2:25-cv-02238-WBS-CSK |
| | No. 2:25-cv-02241-WBS-CSK |
| | No. 2:25-cv-02243-WBS-CSK |
| | No. 2:25-cv-02245-WBS-CSK |
| | No. 2:25-cv-02250-WBS-CSK |
| | No. 2:25-cv-02251-WBS-CSK |
| | No. 2:25-cv-02263-WBS-CSK |
| | |
| | **ORDER** |

    Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
2  Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
3  13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
4  the Court to open a new case for each attempted new pleading and assign it to the Court for
5  review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's
6  Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

The Court has reviewed the complaints/petitions filed in the above-captioned cases and finds they are related to Plaintiff's Alameda County criminal conviction.

Accordingly, IT IS HEREBY ORDERED that 2:25-cv-02080, 2:25-cv-02236, 2:25-cv-02237, 2:25-cv-02238, 2:25-cv-02241, 2:25-cv-02243, 2:25-cv-02245, 2:25-cv-02250, 2:25-cv-02251 and 2:25-cv-02263 are DISMISSED; the Clerk of the Court is directed to close these cases. No further filings will be accepted.

Dated:  August 18, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2